Adrienne Hankins
807 Dodd Court
Bay Point, CA  94565
adrn.hankins@protonmail.com
650-291-7369

**February 9, 2026**

Honorable Thomas S. Hixson
United States Magistrate Judge San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

**Adrienne Hankins vs. Dentons US LLP, et al.**
**Case No: 3:26-cv-01163-TSH**
**Request for Settlement Conference**

Dear Judge Hixson:

I respectfully request that the Court schedule a settlement conference in the above-captioned matter.

The parties have conferred verbally regarding the possibility of settlement. Following that discussion, I provided the defendants with a written settlement proposal. Despite these efforts, the defendants have not responded to the proposal, and no further progress has been made. Given the upcoming deadlines in this case, I believe that a Court-facilitated settlement conference may assist in resolving the matter or narrowing the issues for litigation.

I am prepared to participate in good faith and to comply with any procedures the Court may require. I am available on the following dates: **Thursday, February 12 or Thursday, February 19.**   If these dates are not convenient, I will make myself available at the Court's direction.

Thank you for your time and consideration.

Respectfully submitted,

*Adrienne Hankins*
Adrienne Hankins
Pro Se Plaintiff

Cc:  Defendants' Counsel – Attachment letter dated February 7, 2026

ATTACHMENT TO FEBRUARY 9, 2026 LETTER TO JUDGE HIXSON

Adrienne Hankins
807 Dodd Court
Bay Point, CA  94565
adrn.hankins@protonmail.com
**Second Formal Demand for Enhanced Severance and Benefits Following Wrongful Termination**

**DENTONS US LLP**
**1999 Harrison St., Ste. 1210**
**Oakland, CA  94612**
<u>**Via Email Only**</u>
**Sandy McCandless –** sandy.mccandless@dentons.com
**Matt Martin –** matt.martin@dentons.com


February 7, 2026

**CONFIDENTIAL**


**Re: Second Formal Demand for Enhanced Severance and Benefits Following Wrongful Termination**

Dear Sandy, Matt and To Whom it May Concern:

I am writing to formally renew and clarify my demand for enhanced severance and benefits arising from my recent termination from Dentons. As you are aware, I submitted a written demand on November 10, 2025. Dentons failed to respond in a timely manner, leaving me no reasonable alternative but to file a civil lawsuit to protect my rights and mitigate further harm.

**Basis for the Demand**

My termination occurred under circumstances that raise substantial legal concerns and indicate violations of applicable state and federal employment laws. The timing, context, and procedural irregularities surrounding my separation strongly suggest that the decision was not based on legitimate business reasons and instead constituted wrongful termination. Dentons' actions have caused significant financial, physical, and professional damage, and the firm now faces substantial liability as a result.  In addition to these legal and financial consequences, the firm also faces the reputational impact associated with mishandling an employee's accommodations, and termination, particularly in a matter that has already proceeded into active litigation.

**Refusal of Two Verbal Offers**

After my lawsuit was filed and formally served in December, Dentons presented me with two verbal offers. These offers were made informally, without written terms, without clarity, and without the protections or assurances required for a legitimate settlement or employment arrangement. After careful consideration, I declined both offers because they did not provide the stability, compensation, or conditions necessary to address the harm I had already suffered. My refusal of these inadequate verbal proposals does not diminish Dentons' legal obligations, nor does it justify the firm's prior conduct. Instead, the circumstances surrounding these offers further demonstrate Dentons' inconsistent handling of this matter and its failure to meaningfully address the underlying issues that led to my termination and subsequent damages.

Adrienne Hankins
807 Dodd Court
Bay Point, CA  94565
adrn.hankins@protonmail.com
**Second Formal Demand for Enhanced Severance and Benefits Following Wrongful Termination**

**Work-Related Injuries and Resulting Limitations**

During my almost 2 decades of employment at Dentons, I sustained multiple work-related injuries that significantly affected my ability to perform the essential duties of my position. These injuries limit my ability to sit for long periods without discomfort and pain, maintain neck posture, and use my arms for repetitive tasks.  They also cause chronic pain that interferes with concentration and productivity. Despite these challenges, I continued to fulfill my responsibilities to the best of my ability.

As a direct result of these injuries and the lack of accommodations, I am no longer able to perform the type of work I carried out at Dentons. The physical demands of the role are incompatible with my current medical restrictions, and the long-term nature of these limitations has substantially reduced my ability to return to similar employment in the future. This loss of functional capacity is a significant factor in my claim for front pay and extended medical coverage.

**Loss of Earning Capacity**

The injuries I sustained while working at Dentons have had a profound and lasting impact on my earning capacity. Because I can no longer perform the duties associated with my former position — nor other comparable roles in the same field — my future income potential has been permanently diminished. The combination of physical limitations, restricted job options, and the need to avoid tasks that could worsen my condition has significantly narrowed the range of employment opportunities available to me.

This reduction in earning capacity is long-term and directly attributable to Dentons' refusal to accommodate my injuries, and its decision to terminate my employment rather than support my continued ability to work. The front pay I am demanding reflects the reality that I cannot simply transition into an equivalent position or replace the income I lost due to Dentons' actions.

**Emotional Distress and Impact on Well-Being**

In addition to the financial and physical harm, Dentons' conduct has caused substantial emotional distress. Working through pain, being denied the ability to take advantage of my reasonable accommodation, facing inconsistent treatment, and ultimately being wrongfully terminated created a prolonged period of stress, anxiety, and uncertainty. The firm's disregard for my well-being contributed to a hostile and destabilizing work environment.

The emotional impact of losing my job under these circumstances — especially while managing ongoing physical limitations — has been significant. The stress associated with sudden unemployment, diminished earning capacity, and the need to pursue legal action has taken a considerable toll on my mental and emotional health. This distress is a direct consequence of Dentons' actions and further supports the compensation I am seeking.

**Damages and Requested Compensation**

**1. Front Pay (7 Years with 5% Annual Increases)**

- Year 1: $112,988.99

2

Adrienne Hankins
807 Dodd Court
Bay Point, CA  94565
adrn.hankins@protonmail.com
**Second Formal Demand for Enhanced Severance and Benefits Following Wrongful Termination**

- Year 2: $118,638.44
- Year 3: $124,570.36
- Year 4: $130,798.88
- Year 5: $137,338.82
- Year 6: $144,205.76
- Year 7: $151,416.05

**Total Front Pay: $920,957**

**2. Medical Insurance Reimbursement (7 Years with Annual Increases)**

The initial monthly premium is $475.00, with a projected 5% annual increase:

- Year 1: $5,700.00
- Year 2: $5,985.00
- Year 3: $6,284.25
- Year 4: $6,598.46
- Year 5: $6,928.39
- Year 6: $7,274.81
- Year 7: $7,638.55

The **total medical reimbursement** over the seven-year period is **$46,409**. This amount reflects realistic and foreseeable increases in healthcare costs and represents the coverage necessary **until I reach age 65 and become eligible for Medicare**.

**3. Total Compensation Demand**

Front pay and medical reimbursement combined total **$960,900**.

These amounts represent reasonable, legally supportable compensation for the financial, physical, and emotional harm caused by Dentons' actions.

**Opportunity to Resolve**

I remain willing to resolve this matter without further litigation. I am willing to stipulate to dismiss this entire civil case with prejudice. To that end, I request a <u>written</u> response to this demand within **10 business days of receipt, no later than February 23, 2026**. If Dentons is unwilling to engage in meaningful settlement discussions, I will continue to pursue all available legal remedies through the courts.

Adrienne Hankins
807 Dodd Court
Bay Point, CA  94565
adrn.hankins@protonmail.com
**Second Formal Demand for Enhanced Severance and Benefits Following Wrongful Termination**

This letter is submitted in good faith and with the expectation that Dentons will address this matter responsibly and professionally.

Sincerely,

*[signature: Adrienne Hankins]*

Adrienne Hankins

4